**Electronically Filed
Supreme Court
SCWC-23-0000664
19-FEB-2026
07:51 AM
Dkt. 7 ODAC**

SCWC-23-0000664

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ADAM Y. TAYLOR,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000664; CASE NO. 1FFC-23-0000156)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens JJ.,
and Circuit Judge Kawamura, assigned by reason of vacancy)

The application for writ of certiorari filed on

February 2, 2026, by Petitioner/Defendant-Appellant Adam Y.

Taylor, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 19, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Shirley M. Kawamura

